UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-6533

JAMAL DAWUD ABDUL-HAMID,

Petitioner - Appellant,

versus

RONALD J. ANGELONE, Director of the Virginia
Department of Corrections,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Jerome B. Friedman, District Judge.
(CA-98-779-2)

Submitted:  July 22, 1999          Decided:  July 28, 1999

Before ERVIN, HAMILTON, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Jamal Dawud Abdul-Hamid, Appellant Pro Se.  John H. McLees, Jr.,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jamal Dawud Abdul-Hamid seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the basis that Abdul-Hamid failed to timely file his § 2254 petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2